THE PEOPLE OF THE STATE OF NEW YORK ex rel. MABEL PICKLE, Respondent, v. THE SHERIFF OF ERIE COUNTY, Defendant. HENRY PICKLE and Another, Appellants.† — Appeal dismissed on the authority of *People ex rel. Shane* v. *Gittens*

---

* See Railroad Law, § 91, as amd. by Laws of 1921, chap. 698; Id. § 95-a, added by Laws of 1921, chap. 663, as amd. by Laws of 1924, chap. 481.— [REP.

† See *People ex rel. Pickle* v. *Pickle* (*ante*, p. 38).— [REP.

(209 N. Y. 527) and *People ex rel. Breslin* v. *Lawrence* (107 id. 607).* All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.